# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES SPEARS, JR.,                                                      PLAINTIFF

CASE NO. 3:17-CV-235-DPM/BD

DALE COOK, et al.                                                       DEFENDANTS

## ORDER

James Spears, Jr., a pre-trial detainee at the Mississippi County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Spears complained that he was denied mental health medication while at the Detention Center. He also claims: that he was denied due process of law before being placed in a "special cell"; that his conditions of his confinement were unconstitutional; that Defendant "Stipanny" discriminated against him based on his race; that Defendants McDermott and Raney used excessive force against him; and that he was denied medical care following an incident involving Defendants McDermott and Raney.

In his original complaint, Mr. Spears sued eleven individuals who allegedly committed various constitutional violations against him at different times. Because many of Mr. Spears's claims were unrelated, they could not be fairly included in one lawsuit. The Court provided Mr. Spears an opportunity to file an amended complaint to elect the related claims he wanted to pursue in this lawsuit. Mr. Spears has now filed his amended complaint. (#5)

In his amended complaint, Mr. Spears has sued the following six individuals: Dale Cook, Andrew Harris, Clayton Hicks, Luther Whitfield, Stipanuk,[1] and K. Stankiewicz. For screening purposes, Mr. Spears has stated deliberate indifference claims and due process claims against these Defendants. Service is now proper.

The Clerk is directed to prepare summonses for Defendants Cook, Harris, Hicks, Whitfield, Stipanuk, and Stankiewicz. The United States Marshal is directed to serve copies of the Complaint and the Amended Complaint, with any attachments (#2, #5), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Mississippi County Detention Center, 685 NCR 599, Luxora, Arkansas 72358.

IT IS SO ORDERED, this 13th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to update the docket sheet to reflect this Defendant's identify. Mr. Spears originally identified this Defendant as Defendant Stipanny.