(Rev. 10/1/2017)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

JAMES W. MCCORMACK (501) 604-5351
CLERK

October 31, 2017

Willard Proctor Jr.
2500 South Street
Little Rock, Arkansas 72206

    Re:    Deficient Filing #279, Notice of Appeal
              Case No. 4:14-cr-00250-06 JM, USA v. Waits et al

Dear Willard Proctor Jr.:

    The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

    ✓    Lacks an attorney's signature, address, telephone number, Bar number or email address (General Order 53).

    ____    Lacks a signature by an attorney of record (Local Rule 5.5(c)(1)).

    ____    Lacks a correct case number (Local Rule 5.5(a)).

    ____    Lacks a certificate showing service of the document (F.R.Cr.P.49(b)).

    ____    Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

    ____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

    Please email a corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing.

    Sincerely,

    JAMES W. McCORMACK, CLERK

    By /s/ Jake A. Kornegay
    Deputy Clerk