# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES SPEARS, JR.,**                          **PLAINTIFF**

**NO. 3:17-CV-235-DPM-BD**

**DALE COOK, et al.**                            **DEFENDANTS**

## ORDER

Summonses for Defendants Whitfield and Hicks were returned to the court unexecuted, with a notation that service was "refused." (#13, #14, #25, #26) It appears that these Defendants are no longer employed by the Mississippi County Detention Center. (#13 at p.2; #14 at p.2) Accordingly, the remaining Defendants are instructed to provide the last-known addresses for Defendant Whitfield and Defendant Hicks to the Court, under seal, within 14 days.

Defendants have provided Defendant Stipanuk's last-known address to the Court under seal. (#24) The Clerk is directed to prepare a new summons for Defendant Stipanuk. The United States Marshal is directed to serve Defendant Stipanuk with a copy of the complaint and amended complaint, along with any attachments, and a summons, without requiring prepayment of fees and costs or security. This Defendant should be served at his last-known address.

IT IS SO ORDERED, this 7th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE