IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES SPEARS, JR.,**                                                                 **PLAINTIFF**

NO. 3:17-CV-235-DPM-BD

**DALE COOK, et al.**                                                                  **DEFENDANTS**

## ORDER

Summonses for Defendants Whitfield and Hicks were returned to the court unexecuted. (#13, #14, #25, #26) It appears that these Defendants are no longer employed by the Mississippi County Detention Center. (#13 at p.2; #14 at p.2) The remaining Defendants have provided Defendant Whitfield's and Hicks's last-known addresses to the Court under seal. (#28)

The Clerk is directed to prepare new summonses for Defendants Whitfield and Hicks. The United States Marshal is directed to serve these Defendants with a copy of the complaint and amended complaint (#2, #5), along with any attachments, and summonses, without requiring prepayment of fees and costs or security. These Defendants should be served at their last-known addresses as provided under seal.

IT IS SO ORDERED, this 15th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE