# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JAMES SPEARS, JR.**                         **PLAINTIFF**

v.                No. 3:17-cv-235-DPM

**DALE COOK**, Sheriff, Mississippi County;
**ANDREW HARRIS**, Major, Mississippi County
Detention Center; **CLAYBURN HICKS**, Captain,
MCDC; **LUTHER WHITFIELD**, Lieutenant,
MCDC; **GERALD STIPANUK**, Doctor, MCDC;
and **KRIS STANKIEWICZ**, Nurse, MCDC        **DEFENDANTS**

## ORDER

Unopposed recommendation, № 46, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 43, granted. Spears's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

1 May 2018