# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES SPEARS, JR.                                    PLAINTIFF

v.                          No. 3:17-cv-235-DPM

DALE COOK, Sheriff, Mississippi County;
ANDREW HARRIS, Major, Mississippi County
Detention Center;  CLAYBURN HICKS, Captain,
MCDC;  LUTHER WHITFIELD, Lieutenant,
MCDC;  GERALD STIPANUK, Doctor, MCDC;
KRIS STANKIEWICZ, Nurse, MCDC;  RONNIE
McDERMOTT, Sergeant, MCDC;  SHAWN
RAINEY, Jailer, MCDC;  MATT MALONE, Deputy,
MCDC;  and JOHN DOE, Deputy, MCDC          DEFENDANTS

## JUDGMENT

Spears's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____1 May 2018_____